FILED
2021 Aug-06  PM 04:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **ASHTAIN O'NEAL,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.:** |
| | ) | |
| **OMAR VIZQUEL,** | ) | |
| **BIRMINGHAM BARONS, LLC,** | ) | |
| **CHICAGO WHITE SOX, LTD, and** | ) | |
| **CHISOX CORPORATION,** | ) | |
| | ) | **JURY DEMAND** |
| **DEFENDANTS.** | ) | |

## COMPLAINT

## I.  <u>Introduction</u>

1. This is an action alleging sexual harassment in violation of Title VII ("Title VII") along with associated state law torts of invasion of privacy and outrage, negligent hiring, training, and/or retention, and disability discrimination in violation of Title I of the Americans with Disabilities Act, as amended ("ADA"), 42 U.S.C. 12101 et. seq.

2. The plaintiff, Ashtain O'Neal, brings this action against the Chicago White Sox, a major league baseball team, the Birmingham Barons, the White Sox's Class AA affiliate, and Omar Vizquel, the former manager of the Barons. Omar Vizquel sexually harassed Ashtain during his employment as a Barons

batboy in 2019. Vizquel targeted Ashtain for sexual harassment because of his disability. Vizquel repeatedly exposed his erect penis to Ashtain and forced Ashtain to wash his back in the shower. Rather than remedy the situation, Ashtain's supervisors and Vizquel's fellow coaches laughed at the sexual harassment, further compounding the trauma and humiliation of the sexual harassment Ashtain experienced. Ashtain was constructively discharged from his employment. Through this action he seeks injunctive relief, equitable relief, reinstatement, lost wages and benefits, compensatory damages, punitive damages, and reasonable attorney fees and costs.

## II.  **<u>Jurisdiction</u>**

3.  This Court has jurisdiction pursuant to 28 U.S.C. § 1331. Venue is proper pursuant to 28 U.S.C. § 1391.

4.  The plaintiff has fulfilled all conditions precedent to the institution of this action under Title I of the ADA and Title VII. He timely filed his charge of discrimination within 180 days of the occurrence of the last discriminatory act and the Equal Employment Opportunity Commission investigated. On June 3, 2021 the EEOC issued a Letter of Determination. The EEOC found that Defendant had subjected the plaintiff to sexual harassment and disability discrimination and that he was constructively discharged. After conciliation

efforts were unsuccessful, the EEOC issued a Right to Sue Notice on June 23, 2021. This lawsuit timely follows.

### III.  Parties

5.  The Plaintiff, Ashtain O'Neal, is male and an individual with a disability, autism. He is over the age of nineteen and a resident of Walker County, Alabama. Autism is a disability in that it substantially limits Plaintiff in the major life activities of communicating, learning, and the operation of his neurological system. He has substantial impairments in processing information, handling stressful situations, successfully maintaining interpersonal relations, and in activities such as driving and working.

6.  The Defendant, Chicago White Sox, Ltd. ("the White Sox") is an entity subject to suit under Title VII and the Americans with Disabilities Act. The White Sox employs at least fifteen persons. At all times relevant to this action, the White Sox was the putative employer of all the Barons' players and coaching staff, including Omar Vizquel, the Barons' manager.

7.  The Defendant, Chisox Corporation ("Chisox Corp."), is the general partner and controlling entity of the Chicago White Sox, Ltd.

8.  The Defendant, Birmingham Barons LLC ("the Barons") is an entity subject to suit under Title VII and the Americans with Disabilities Act. The Barons

employs at least fifteen persons. At all times relevant to this action, the Barons was Plaintiff's putative employer.

9. The Defendant, Omar Vizquel, was the manager of the Birmingham Barons during Plaintiff's employment. At all times relevant to this action, the White Sox was Vizquel's putative employer.

10. Together, the White Sox, Chisox Corp, and the Barons are highly integrated with respect to ownership and operations and thus constitute a "single employer" or an "integrated enterprise" for the purpose of establishing liability under Title VII and the ADA.

11. The operations of these entities are highly interrelated. The Barons is the White Sox's Class AA affiliate. The White Sox putatively employs the Barons' coaching staff and players, the hosting of which constitutes the entire business of the Barons. The White Sox was also the putative employer of Vizquel. The White Sox, Chisox Corp., and Barons share centralized control of labor relations, have common management, and enjoy common financial control, as the Barons could not exist as a professional baseball team if it were not the White Sox's Class AA affiliate.

## IV.  **Statement of Facts**

12. Ashtain O'Neal is 25 years old and lives in Oakman, Alabama. Born to a single mother with substance abuse issues, Ashtain was formally adopted by

his great-grandmother at age 2. Ashton's great-grandmother passed away in 2014. He now lives with his grandfather, Billy Howell.

13. Ashtain was diagnosed with autism at age 5 and had a difficult childhood. He has trouble establishing close friendships and was often the target of bullying and teasing as a child. He was in his school's special education program from elementary school through high school and has been under the care of doctors and counselors for most of his life. Ashton receives Supplemental Security Income each month because his autism prevents him from being gainfully employed full time.

14. An avid sports fan, Ashtain applied in 2019 to be a batboy with the Birmingham Barons and was selected for the position.

15. Ashtain is qualified to fulfill the essential functions of the batboy position. However, he remains substantially limited by his autism in several major life activities, including processing information, handling stressful situations, and interacting with others.

16. The Barons had five bat boys, with three working each home game. Ashtain performed well in his job and felt for one of the first times in his life that he was part of a team. He also enjoyed getting to know the Barons' players and coaches, especially the Barons' manager, Omar Vizquel.

17. Omar Vizquel won 11 Gold Gloves and was a three-time All Star as a shortstop. Vizquel retired as a player in 2012 and immediately went into coaching. He was the first base and infield coach for the Detroit Tigers from 2013-2017.

18. The Chicago White Sox hired Vizquel as a coach in December 2017 and assigned him to be the manager to its Class A affiliate, the Winston-Salem Dash during the 2018 season. In 2019 the White Sox promoted Vizquel manage the Birmingham Barons, the team's Class AA affiliate.

19. At the start of his employment, Ashtain disclosed his autism to his chain of command at the Barons, including the Barons' former Director of Stadium Operations Mike Craven and Ashtain's direct supervisor, Clubhouse Manager Adam Gutierrez.

20. Ashtain never received a copy of an employment handbook, nor was he provided with a sexual harassment policy. He received no anti-harassment training. He was never informed of the need to report sexual harassment, nor of any mechanism for reporting sexual harassment should it occur.

21. The only guidance possibly relevant to the issue of sexual harassment was given to Ashtain by his direct supervisor, Adam Gutierrez, at the beginning of his employment. Gutierrez told Ashtain that if he was someone who would

"hear or see things," then he needed to "get another job," because "everything that happens in the clubhouse stays in the clubhouse."

22. During the 2019 season, Vizquel often spoke to Ashtain in the dugout during games. Ashtain came to consider Vizquel a friend.

23. Ashtain informed Vizquel that he has autism.

24. In June 2019, Vizquel told Ashtain that he was homosexual, telling him during one of their dugout conversations "I just want you to know that I'm gay," and "I like guys." Ashtain let Vizquel know that he had no interest in having any type of sexual relationship with him.

25. Vizquel paid far more attention to Ashtain than he did to the other batboys. Ashtain soon began receiving opportunities to work games more frequently. Eventually he was allowed to work two out of every three home games.

26. Ashtain's autism makes him vulnerable to sexual abuse. His impairments in numerous major life activities inhibit his ability to recognize, avoid, and remove himself from exploitative situations. For instance, his impairments in the areas of processing information, handling stressful situations, and interpersonal relations mean that he may react in a passive or compliant manner when confronted with inappropriate behavior by others directed at him, and that he is less likely than others to report inappropriate behavior.

27. Ashtain was assigned duties that would bring him into the coaches' office in the clubhouse, which included a shower area. Ashtain's duties included returning clean uniforms to lockers, returning equipment to the locker area, and refilling the refrigerator with beverages such as Vizquel's favorite beer, Modelo, which Vizquel frequently consumed in the clubhouse.

28. When Ashtain entered the clubhouse to perform these tasks, he would often find Vizquel either partially or completely undressed, sometimes wearing only a towel.

29. Vizquel targeted Ashtain because of his disability, recognizing that Ashtain's autism makes him more vulnerable to tolerating sexual abuse and less likely to report Vizquel's behavior to anyone.

30. Re-stocking the mini-fridge in the coach's office required Ashtain to kneel in front of the fridge as he refilled it. On repeated occasions when Ashtain performed this task, Vizquel approached him from behind and stood near him in a state of partial undress or wearing only a towel.

31. Vizquel often purposely arranged the towel so that his genitals were exposed to Ashtain. On these occasions, Vizquel would conduct apparently normal conversation with Ashtain. During these apparently "normal" conversations, Vizquel would have an erection or a partial erection, showing that his purpose in exposing himself to Ashtain was to obtain sexual gratification.

32. On at least five occasions during Ashtain's employment, Vizquel deliberately exposed his erect or partially erect penis to Ashtain in this fashion for the purpose of obtaining sexual gratification. On these occasions, Ashtain would turn his head away, making clear he wanted Vizquel to cover himself and stop his sexually aggressive behavior.

33. Vizquel's sexual harassment of Ashtain by exposing his erect penis to him was unwelcome, but Ashtain did not know what to do, given Vizquel's status as the manager of the team and his fame in the baseball world, and the lack of any training about how to report sexual harassment. Vizquel did not expose his erect penis to any of the other bat boys, staff, or to any of the players.

34. On August 22, 2019, the Barons had a home game at Regions Field. Ashtain worked the game as the third-base line bat boy.

35. Following the game, Ashtain went about his normal post-game duties of returning equipment to the storage room, folding towels, and returning clean uniforms to the lockers.

36. As Ashtain was returning uniforms in the assistant coaches' locker room, Vizquel walked into the room holding shower shoes and told Ashtain to follow him.

37. On a few previous occasions, Vizquel had called from the shower for Ashtain to bring him soap or shampoo, and Ashtain had complied. Ashtain had not

realized at the time that such requests were not normal and inappropriate. However, Vizquel had never previously required him to enter the shower area.

38. Not realizing what was happening, Ashtain followed Vizquel into the coach's showers. Ashtain was now alone with Vizquel in the shower room.

39. Vizquel stripped naked and ducked into the single private shower (one located behind a curtain) to get wet. When Vizquel reemerged into the common shower area, he (Vizquel) had developed an erection, showing that his purpose in the encounter was to obtain sexual gratification. He handed Ashtain a bar of soap and told him, "Wash my damn back!"

40. Vizquel's demeanor was no longer friendly but threatening. Ashtain froze. Vizquel aggressively challenged him, asking Ashtain if he had heard him. Again he ordered Ashtain to wash his back.

41. Humiliated, intimidated, and frightened of what would happen if he disobeyed, Ashtain complied with Vizquel's demand. As he washed Vizquel's back, Vizquel's hands were in front of his body near the level of his waist. Ashtain could not see what Vizquel was doing with his hands.

42. Vizquel, because of his stature in the baseball world and his role as manager of the Barons, had the authority to make recommendations that would result in the termination of Ashtain's employment. Vizquel's status was such that if Vizquel had informed the Barons that he wanted Ashtain removed from his

batboy role, the Barons would have terminated Ashtain's employment at Vizquel's request. Ashtain felt he had to do what Vizquel told him to do.

43. After about a minute of Ashtain washing his back, Vizquel told him that was enough and turned around. Vizquel's penis was fully erect. He made no effort to hide his erection from Ashtain; rather, he proudly displayed it. Vizquel grabbed the bar of soap from Ashtain and told him that was all.

44. Humiliated, Ashtain hurried from the shower room. Outside the shower room he encountered two assistant coaches, Charles Poe and Wes Helms, a Barons pitcher, Bernardo Flores, and an intern, all of whom were laughing at him. Visibly angry and humiliated over what had happened, Ashtain laughed with them in an attempt to minimize the situation and escape as quickly as possible.

45. Director of Stadium Operations Mike Craven was handing out meal money to players in the training room because they were about to depart on a road trip, and he asked Ashtain what had happened. Ashtain told Craven that he had just washed Vizquel's back. Craven also laughed at him.

46. Ashtain's supervisor, Clubhouse Manager Adam Gutierrez, who as stated above had warned Ashtain that "everything that happens in the clubhouse stays in the clubhouse," also was present in the clubhouse at this time. Gutierrez heard Ashtain tell the others that he had to wash Vizquel's back. Gutierrez took no further action but only laughed, further humiliating Ashtain.

47. Ashtain finished his work as quickly as possible and left with his grandfather, who had arrived to pick him up. He began crying uncontrollably as soon as he was in the car.

48. Ashtain was too humiliated and scared to return to his job with the Barons. At this point, he was constructively discharged, as no reasonable person would have returned to that work environment after what had happened.

49. This is not the first time Vizquel has broached the subject of batboys washing coaches' back; in 2015 a Detroit Tigers batboy tweeted publicly, "Omar Vizquel told me first day bat boys have to clean the coaches backs in the showers." As shown by the facts of this case, Vizquel continued to engage in such conduct after his employment by the White Sox, but the White Sox and their minor league affiliates, including the Barons, regarded such sexual harassment as mere entertainment and failed to take remedial or corrective action.

V.   **Causes of Action**

**Count I – Sexual Harassment and Constructive Discharge –
White Sox and Barons**

50. The White Sox and the Barons, an integrated enterprise, subjected Plaintiff to a sexually hostile work environment that was sufficiently severe and/or pervasive to alter the terms and conditions of his employment. As stated above, the Barons' manager Omar Vizquel on repeated occasions exposed his

erect penis to Ashtain in the workplace. The harassment culminated in a frightening episode when Vizquel directed Ashtain to wash his back in the shower, with Vizquel again showing his erection to Ashtain.

51. A reasonable person would find the hostile work environment to be hostile and abusive, and Ashtain subjectively perceived the harassment to be hostile and abusive.

52. By virtue of his position as manager of the Barons, which forms an integrated enterprise with the White Sox, Vizquel was empowered by both organizations to take tangible employment actions against batboys such as Ashtain, including firing him or reassigning him to a position with significantly different responsibilities. Because of the deference given by minor league organizations such as the Barons to the team's manager and because of Vizquel's status in the baseball world, the corporate defendants effectively delegated to Vizquel the power to take such tangible employment actions against low-level employee such as Plaintiff.

53. Rather than remedy Vizquel's harassment of Plaintiff, individuals in positions of responsibility with the corporate defendants' integrated enterprise, including Director of Stadium Operations Mike Craven and Barons coaches Charles Poe and Wes Helms, laughed at Ashtain and made light of what happened.

54. The corporate defendants failed to guard against the misconduct of Vizquel, failed to train their supervisors, coaches, and employees regarding reporting sexual harassment, failed to monitor their conduct in the workplace and failed to take adequate remedial action.

55. The corporate defendants lacked effective sexual harassment policies and lacked effective procedures for reporting sexual harassment. To the extent such policies and procedures existed, they were ineffective, as the corporate defendants failed to distribute such policies or to train employees such as Ashtain regarding their sexual harassment policies and reporting procedures.

56. The Barons and the White Sox ratified and condoned Vizquel's sexually harassing behavior when Director of Stadium Operations Mike Craven, along with Barons coaches Charles Poe and Wes Helms, laughed at Ashtain after learning that Ashtain had washed Vizquel's back.

57. Ashtain was constructively discharged because no reasonable person could have been expected to tolerate Vizquel's sexual harassment, especially in light of officials making light of the abuse and laughing at Ashtain about it. Vizquel's sexually harassing conduct unreasonably interfered with Ashtain's employment to such an extent that it made Ashtain's job intolerable.

58. The corporate defendants, by and through their agents, engaged in the practices complained of herein with malice and/or reckless indifference to Ashtain's federally protected rights.

59. Ashtain was injured by the corporate defendants' conduct and seeks damages, including compensatory and punitive damages, backpay, and appropriate injunctive and equitable relief to remedy the harm he suffered.

### Count II – Disability Discrimination – White Sox and Barons

60. Ashtain is a person with a disability, as that term is defined by the Americans with Disabilities Act. Ashtain also has a record of disability and was perceived by the corporate defendants and their agents, including Vizquel, as disabled.

61. The corporate defendants are covered entities and employers under the ADA.

62. Ashtain is a qualified individual as defined under the ADA. With or without reasonable accommodation he is able to perform the essential functions of the batboy position.

63. Defendant Vizquel targeted Ashtain for sexual harassment because of his disability. Defendant Vizquel did not similarly sexually harass other batboys who do not share Ashtain's disability.

64. The harassment was severe and/or pervasive enough to alter the terms and conditions of Ashtain's employment, constituting a tangible employment action under the ADA. In addition, as stated above, Ashtain was

constructively discharged because no reasonable person could have been expected to tolerate Vizquel's sexual harassment, especially in light of the corporate Defendants' officials making light of the abuse and laughing about it. Vizquel's sexually harassing conduct unreasonably interfered with Ashtain's employment to such an extent that it made Ashtain's job intolerable.

65. The Barons and the White Sox ratified and condoned Vizquel's sexually harassing behavior when Director of Stadium Operations Mike Craven, along with Barons coaches Charles Poe and Wes Helms, laughed at Ashtain after learning that Ashtain had washed Vizquel's back.

66. The corporate defendants, by and through their agents, engaged in the practices complained of herein with malice and/or reckless indifference to Ashtain's federally protected rights.

67. Ashtain was injured by the defendants' conduct and seeks damages, including compensatory and punitive damages, backpay, and appropriate injunctive and equitable relief to remedy the harm he suffered.

## Count III – Invasion of Privacy– Vizquel, White Sox, and Barons

68. Vizquel, an agent of both the Barons and the White Sox, invaded Ashtain's privacy by exposing himself with an erection to Ashtain on numerous occasions and requiring Ashtain to wash Vizquel's back in the shower for the purpose of obtaining sexual gratification.

69. Vizquel's intrusion was so offensive or objectionable that a reasonable person subjected to it would experience outrage, mental suffering, shame, or humiliation.

70. The Barons and the White Sox ratified and condoned Vizquel's sexually harassing behavior when Director of Stadium Operations Mike Craven, along with Barons coaches Charles Poe and Wes Helms, laughed at Ashtain after learning that Ashtain had washed Vizquel's back.

71. Defendants and Vizquel engaged in the practices complained of herein with malice and/or with reckless indifference to Plaintiff's rights.

72. As a direct and proximate result of Vizquel's actions, Ashtain suffered damages, including extreme emotional distress and loss of employment through constructive discharge.

### Count IV – Outrage –<br>Vizquel, White Sox, and Barons

73. Vizquel, Defendants' agent, subjected Ashtain to extreme and outrageous conduct when on repeated occasions he exposed his erect penis to Ashtain in the workplace and directed Ashtain to wash his back in the shower, again exposing his erection to Ashtain.

74. In taking these actions, Vizquel intended to inflict emotional distress on Ashtain, whom Vizquel knew to be especially vulnerable because of his disability.

75. As a direct and proximate result of Vizquel's actions, Ashtain suffered damages, including extreme emotional distress and loss of employment through constructive discharge.

76. The Barons and the White Sox ratified and condoned Vizquel's sexually harassing behavior when Director of Stadium Operations Mike Craven, along with Barons coaches Charles Poe and Wes Helms, laughed at Ashtain after learning that Ashtain had washed Vizquel's back.

77. Defendants and Vizquel engaged in the practices complained of herein with malice and/or with reckless indifference to Ashtain's rights.

### Count V – Negligent and/or Wanton Supervision, Training, and/or Retention – White Sox and Barons

78. Defendants are liable for Vizquel's outrageous conduct and for his invasion of Ashtain's privacy because Defendants had notice or knowledge, actual or presumed, of past episodes involving Vizquel sexually harassing young men in the workplace, including but not limited to forcing other batboys to wash his back.

79. As stated above, this is not the first time Vizquel has broached the subject of batboys washing coaches' back; in 2015 a Detroit Tigers batboy tweeted publicly, "Omar Vizquel told me first day bat boys have to clean the coaches backs in the showers."

80. Vizquel continued to engage in such conduct after his employment by the White Sox, but the White Sox and their minor league affiliates, including the Barons, regarded such sexual harassment as mere entertainment and failed to take remedial or corrective action.

81. Further, as stated above, the Barons and the White Sox ratified and condoned Vizquel's sexually harassing behavior when Director of Stadium Operations Mike Craven, along with Barons coaches Charles Poe and Wes Helms, laughed at Ashtain after learning that Ashtain had washed Vizquel's back.

82. Defendants and Vizquel engaged in the practices complained of herein with malice and/or with reckless indifference to Ashtain's rights.

## VI.   Prayer for Relief

WHEREFORE, the Plaintiff respectfully prays that this Court assume jurisdiction of this action and after trial:

1.   Issue a declaratory judgment that the employment practices, policies, procedures, conditions, and customs that led to the discrimination by Defendants violate Plaintiff's rights as secured by Title VII, the Americans with Disabilities Act, 42 U.S.C. 12101, et seq. ("ADA"), and Alabama state law.

2.   Grant Plaintiff a permanent injunction enjoining Defendant, its agents, successors, employees, attorneys and those acting in concert with the Defendant and

at the Defendant's request, from continuing to violate the Title VII, the ADA, and Alabama law.

3.      Enter an Order requiring the Defendants to make Plaintiff whole by awarding Plaintiff reinstatement, back pay (plus interest), lost benefits, and compensatory, punitive, and nominal damages.

4.      Plaintiff further prays for such other and further relief and benefits as the cause of justice may require, including, but not limited to, an award of costs, attorney's fees and expenses incurred by this litigation.

5.      Plaintiff has no plain, adequate, or complete remedy at law to redress the wrongs alleged in this suit, and this action for injunctive, declaratory and other relief is his only means of securing adequate relief.

PLAINTIFF DEMANDS A TRIAL BY STRUCK JURY ON ALL ISSUES

TRIABLE BY A JURY.

Respectfully submitted,

*/s/Jon C. Goldfarb*
Jon C. Goldfarb asb-5401-f58j
L. William Smith asb-8660-a61s
Christina Malmat asb-1214-y44q
Lieselotte Carmen-Burks asb-8304-t46e
WIGGINS CHILDS PANTAZIS
FISHER & GOLDFARB, LLC.
301 19th ST N
Birmingham, AL 35203
205-314-0500
205-254-1500 (fax)

F. Tucker Burge, Jr. (asb-4462-R80B)
BURGE & BURGE, PC
2001 Park Place, Suite 1350
Birmingham, AL 35203
(205) 251-9000
(205) 323-0512 (fax)
ftbjr@burge-law.com

Attorneys for Plaintiff