# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

|  |  |
|---|---|
| ASHTAIN O'NEAL,<br><br>Plaintiff,<br><br>OMAR VIZQUEL, ET AL.,<br><br>Defendant. | **Summons**<br>(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)<br><br>**CASE NUMBER:**<br>2:21-CV-01082-ACA |

Alias Summons in a Civil Action

To: *(Defendant's name and address)*

Omar Vizquel
42441 North Spur Cross Road
Cave Creek, AZ 85331

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

> Jon C. Goldfarb/L. William Smith/Christina M. Malmat/Lieselotte Carmen-Burks
> Wiggins, Childs, Pantazis, Fisher, & Goldfarb, LLC
> 301 19th Street N
> Birmingham, AL 35203

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 8-10-21

By: /s/ Pamela Cook
Deputy Clerk

SHARON N. HARRIS, CLERK

**SEE REVERSE SIDE FOR RETURN**

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203