# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ASHTAIN O'NEAL,** ] | |
| ] | |
| **Plaintiff,** ] | |
| ] | |
| v. ] | **2:21-cv-01082-ACA** |
| ] | |
| **OMAR VIZQUEL, et al.,** ] | |
| ] | |
| **Defendants.** ] | |

## ORDER

The court has received a joint stipulation of dismissal filed by Plaintiff Ashtain O'Neal and Defendant Birmingham Barons, LLC. (Doc. 26). Pursuant to the stipulation, the court **DISMISSES** Mr. O'Neal's claims against Birmingham Barons **WITH PREJUDICE**, each party to bear his or its own costs.

This dismissal shall not affect any other right, claim or cause of action which Mr. O'Neal has, or may have, against Defendant Omar Vizquel.

**DONE** and **ORDERED** this June 10, 2022.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE